ROSE MEEHAN, Respondent, *v.* NEWMAN IMPROVEMENT CORPORATION, Appellant.

(Argued October 5, 1933; decided October 24, 1933.)

*David S. Elgot* and *Walter J. Loria* for appellant.
*Jacob L. Fischer* and *John J. O'Grady* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.